Held v Cheektowaga-Sloan Union Free Sch. Dist. (2025 NY Slip Op 04376)

Held v Cheektowaga-Sloan Union Free Sch. Dist.

2025 NY Slip Op 04376

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

519 CA 24-01152

[*1]CELESTE R. HELD, PLAINTIFF-APPELLANT,
v
CHEEKTOWAGA-SLOAN UNION FREE SCHOOL DISTRICT, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

DAN CHIACCHIA ATTORNEYS, PLLC, HAMBURG (TIFFANY M. KOPACZ OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BOND, SCHOENECK & KING PLLC, BUFFALO (KEVIN G. COPE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an amended order of the Supreme Court, Erie County (Daniel Furlong, J.), entered July 3, 2024 in a personal injury action pursuant to the Child Victims Act. The amended order denied plaintiff's motion to set aside the jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Held v Cheektowaga-Sloan Union Free Sch. Dist. ([appeal No. 3] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court